# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00095-CR

**Daniel Woolard Knox, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
### NO. 09-1687-K277, HONORABLE KEN ANDERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss his appeal, explaining that issues related to the terms of his sentence have been clarified. The motion is signed by appellant and his attorney in compliance with rule 42.2. *See* Tex. R. App. P. 42.2. We grant the motion and dismiss the appeal.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Appellant's Motion

Filed:   March 30, 2011

Do Not Publish